MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0675 WHA |
| Plaintiff, | |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME FROM OCTOBER 17, 2012 TO OCTOBER 23, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |
| MILTON KAULULAAU, | |
| Defendant. | (18 U.S.C. § 3161) |

The defendant, Milton Kaululaau, represented by Jai Gohel, Esq., and the government,

represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable

Joseph C. Spero on October 17, 2012 for an appointment of counsel and detention hearing.  The

defense requested that the detention hearing be continued to October 23, 2012.  The Court

ordered that the detention hearing be continued to October 23, 2012.

//

//

//

STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME
CR 12-0675 WHA

The parties agreed that time should properly be excluded under the Speedy Trial Act between October 17, 2012 and October 23, 2012 due to delay resulting from any pretrial motion, in this case the government's motion for detention, pursuant to 18 U.S.C. § 3161(h)(1)(D).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 18, 2012          /S/
                                CYNTHIA M. FREY
                                Assistant United States Attorney

DATED: October 18, 2012          /S/
                                JAI GOHEL
                                Attorney for MILTON KAULULAAU

Therefore, IT IS HEREBY ORDERED that the time between October 17, 2012 and October 23, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D).

DATED:  10/22/12 _____

                                HONORA_____RO
                                United Sta_____ state Judge

Judge Joseph C. Spero