MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    v.                      ) <br> ) <br> MILTON KAULULAAU,       ) <br> ) <br>    Defendant.             ) <br> _____) | No. CR 12-0675 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 23, 2012 TO DECEMBER 4, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT <br> (18 U.S.C. § 3161) |

The defendant, Milton Kaululaau, represented by Randy Sue Pollack, Esq., for Jai Gohel, Esq., and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable William Alsup on October 23, 2012 for a status conference.  The defense requested and the Court ordered a continuance to December 4, 2012, for a change of plea or trial setting.

The parties agreed that time should be excluded under the Speedy Trial Act between October 23, 2012 and December 4, 2012 for purposes of continuity of counsel and effective preparation of counsel, in order to provide defense counsel with adequate time to review the

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA

discovery, conduct additional investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 5, 2012              /S/
                                     CYNTHIA M. FREY
                                     Assistant United States Attorney


DATED: November 5, 2012              /S/
                                     JAI GOHEL
                                     Attorney for MILTON KAULULAAU

     Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 23, 2012 and December 4, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 23, 2012 and December 4, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

     Therefore, IT IS HEREBY ORDERED that the time between October 23, 2012 and December 4, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C §§ 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

DATED: November 6, 2012. 

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0675 WHA     -3-